FILE COPY



# THE SUPREME COURT OF TEXAS
**Post Office Box 12248**
**Austin, Texas 78711**

**(512) 463-1312**

Friday, May 12, 2023

Mr. Robert Vartabedian
Alston & Bird LLP
301 Commerce St Ste 3635
Fort Worth, TX 76102-4143
* DELIVERED VIA E-MAIL *

Mr. Ryan D. Clinton
Davis Gerald & Cremer, P.C.
300 West 6th St., Suite 1830
Austin, TX 78701
* DELIVERED VIA E-MAIL *

Mr. William Scott Hastings
Locke Lord LLP
2200 Ross Avenue
Suite 2200
Dallas, TX 75201-6776
* DELIVERED VIA E-MAIL *

Mr. David E. Keltner
Kelly Hart & Hallman LLP
201 Main Street, Suite 2500
Fort Worth, TX 76102
* DELIVERED VIA E-MAIL *

RE:    Case Number: 21-0509
       Court of Appeals Number: 05-19-00291-CV
       Trial Court Number: 366-01160-2018

Style:  FINLEY RESOURCES, INC., FINLEY PRODUCTION CO., L.P. AND PETRO
       CANYON ENERGY, LLC
       v.
       HEADINGTON ROYALTY, INC. AND HEADINGTON ENERGY PARTNERS, LLC

Dear Counsel:

Today the Supreme Court of Texas issued an opinion(s) and judgment in the above-referenced cause. You may obtain a copy of the opinion(s) and judgment through Case Search on our Court's webpage at: http://www.txcourts.gov/supreme.aspx. On the Case Search page simply enter the case number and push the Search button to find the docket page for your case.

Sincerely,

Blake A. Hawthorne, Clerk

by Claudia Jenks, Chief Deputy Clerk

FILE COPY



**THE SUPREME COURT OF TEXAS**
**Post Office Box 12248**
**Austin, Texas 78711**

(512) 463-1312

cc:    Mr. Rubin Morin (DELIVERED VIA E-MAIL)
Mr. Nicholas Davis (DELIVERED VIA E-MAIL)
Mr. Thomas F. Loose (DELIVERED VIA E-MAIL)
Mr. Richard M. Abernathy (DELIVERED VIA E-MAIL)
District Clerk Collin County (DELIVERED VIA E-MAIL)
Mr. Thomas M. Melsheimer (DELIVERED VIA E-MAIL)
Mr. Conrad Hester (DELIVERED VIA E-MAIL)
Mr. John Randolph Thompson III (DELIVERED VIA E-MAIL)
Mr. Connor Bourland (DELIVERED VIA E-MAIL)